UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 7 |
| LGI Energy Solutions, Inc., | Bky. Case No. 09-40665-RJK |
| and | |
| LGI Data Solutions Company, LLC, | Bky. Case No. 09-40666-RJK |
| Debtors. | |

**ORDER**

This case is before the court on the motion of the trustee for substantive consolidation of the above cases.

Based on the motion and the file,

IT IS ORDERED:

The estates of LGI Energy Solutions, Inc. and LGI Data Solutions Company, LLC are substantively consolidated.

Dated: February 2, 2011

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/02/2011*
Lori Vosejpka, Clerk, by LMH